UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESHAWN MAURICE HARRELL,

    Plaintiff,

v.

SAVAS LOUKEDIS,

    Defendant.

Case No. 23-cv-05335-JD

**ORDER RE DISMISSAL**

Plaintiff, a former detainee, filed a civil rights action. Court mail sent by the Clerk to plaintiff's last known addresses has been returned as undeliverable because plaintiff is no longer in custody. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is dismissed without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: February 8, 2024

JAMES DONATO
United States District Judge